IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| JANNICE PRESTON | |
|---|---|
| Plaintiff, | NO: 3-08-CV-05033-BHS |
| v. | DECLARATION OF PETER T. PETRICH IN SUPPORT OF BEN KING'S MOTION FOR A PROTECTIVE ORDER AND MOTION TO SHORTEN TIME |
| ATLAS CASTING & TECHNOLOGY, AMERICAST COMPANY and DOES 1-5, inclusive, | |
| Defendants. | |

I, Peter T. Petrich, declare under penalty of perjury under the laws of the State of Washington, that I am now and at all times material herein, a resident of the State of Washington, over the age of 18 years, and competent to be a witness herein.

1. I am Ben King's attorney herein.

2. On September 26, 2008, I had a telephone conference with Mr. Grant and asked him to voluntarily continue the deposition to allow time to resolve a potential conflict issue between Mr. Grant and Mr. King. Mr. Grant refused to continue the

DECLARATION OF PETER T. PETRICH IN SUPPORT OF BEN KING'S MOTION FOR A PROTECTIVE ORDER AND MOTION TO SHORTEN TIME
CV-05033-BHS
Page 1 of 2
jc s:\1xxxx\177xx\17747\1\plead\dec of petrich.doc

DAVIES PEARSON, P.C.
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

1  deposition and suggested that I should file a motion for a Protective Order. I told him I
2  would.
3      3.    As set forth in Mr. King's Motion for a Protective Order, it is necessary to
4  have his deposition postponed until the issue of Mr. Grant's conflict of interest can be
5  resolved. Given that Mr. Grant refuses to postpone the deposition, and it is scheduled for
6  Monday morning, September 29, 2008 at 11:00 a.m. it is necessary to have this matter
7  addressed by the Court before the scheduled deposition.

DATED this 26 day of September, 2008, in Tacoma, Washington.

_____
Peter T. Petrich

DECLARATION OF PETER T. PETRICH IN SUPPORT
OF BEN KING'S MOTION FOR A PROTECTIVE
ORDER AND MOTION TO SHORTEN TIME
CV-05033-BHS
Page 2 of 2
jc s:\1xxxx\177xx\17747\1\plead\dec of petrich.doc

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052